UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                        CR. NO. 08-20080
v.                          HONORABLE PAUL D. BORMAN

REGINALD CHAPPELL,

       Defendant.
_____/

## **ORDER**

Defendant, **REGINALD CHAPPELL**, who lives in Milwaukee, Wisconsin, is scheduled to appear in the Eastern District of Michigan on April 17, 2008, on an indictment pending in this district. Pursuant to 18 U.S.C. § 4285, he has requested non-custodial, round-trip travel fare for this purpose. This Court has found that defendant is indigent and appointed the Federal Defender Office to represent him.

**IT IS THEREFORE ORDERED** that the United States Marshal provide Defendant with non-custodial, round-trip travel fare from **Milwaukee, Wisconsin to Detroit, Michigan**, for the purpose of appearing on the pending indictment on **April 17, 2008, at 1:00 p.m.**, before this Court in this district.

**SO ORDERED**.

                                        S/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: April 16, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 16, 2008.

                                                 S/Denise Goodine
                                                 Case Manager